JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

08 JAN 29 A 11: 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08 00041 RS |
| Plaintiff, | VIOLATION: Title 18, United States Code, Section 641 - Theft of Government Funds (Class A misdemeanor) |
| v. | |
| JOHN HENRY BRUNO, | |
| Defendant. | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

On or about November 10, 2006, in the Northern District of California, the defendant,

JOHN HENRY BRUNO,

did embezzle, steal, purloin and knowingly convert to his own use money belonging to the

United States and an agency thereof, to wit: by receiving and spending Henriette Bruno's Social

//

//

//

INFORMATION

1  Security benefits in the amount of $900.00, after she had died, in violation of Title 18, United
2  States Code, Section 641, a Class A misdemeanor.
3
4  DATED: 1/28/08                    JOSEPH P. RUSSONIELLO
                                     United States Attorney
5
6
7                                    DAVID R. CALLAWAY
                                     Deputy Chief, San Jose Branch Office
8
9  (Approved as to form: _____ )
                         JENNIFER GRIFFITH
10                       Law Clerk

2

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 18, U.S.C. § 641 - Theft of Government Funds

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-FILING

PENALTY:
1 year imprisonment
$100,000 fine
1 years supervised release
$25 special assessment fee

DEFENDANT - U.S.

▶ John Henry Bruno

DISTRICT COURT NUMBER

CR 08 00041 RS

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

SSA/OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   SUSAN KNIGHT

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
550 SCOTT BLVD
SANTA CLARA CA 95050

Date/Time: February 21, 2008 at 9:30am
Before Judge: Seeborg Patricia V. Trumbull

Comments: