JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163173)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

JENNIFER GRIFFITH
Law Clerk

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5036
   FAX: (408) 535-5066
   jennifer.a.griffith@usdoj.gov

Attorneys for Plaintiff

FILED

MAR 25 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00041 RS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER EXCLUDING TIME |
| JOHN HENRY BRUNO, ) | |
| Defendant. ) | SAN JOSE VENUE |

     On March 20, 2008, the parties in the above-captioned case appeared before the Court for a status hearing. Assistant Federal Public Defender Nicholas P. Humy and the government agreed that the Court schedule the case for arraignment and possible disposition on April 10, 2008. Assistant Federal Public Defender Humy then requested an exclusion of time under the Speedy Trial Act from March 20, 2008 until April 10, 2008 for defense preparation. The government, through Jennifer Griffith, Law Clerk for the United States Attorney's Office, agreed to the exclusion. The undersigned parties agree and stipulate that an exclusion of time is appropriate

based on the defendant's need for effective preparation.

SO STIPULATED:                                    JOSEPH P. RUSSONIELLO
                                                  United States Attorney

DATED: 3/20/08                                         /s/
                                                  _____
                                                  SUSAN KNIGHT
                                                  Assistant United States Attorney

DATED: 3/20/08                                         /s/
                                                  _____
                                                  NICHOLAS P. HUMY
                                                  Assistant Federal Public Defender

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from March 20, 2008 to April 10, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 3/24/08                                    _____
                                                  RICHARD SEEBORG
                                                  United States Magistrate Judge