JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff

FILED
MAY -9 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE
E-FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN HENRY BRUNO,<br><br>    Defendant. | Case No. CR 08-00041 RS<br><br>UNITED STATES' REQUEST TO<br>VACATE WARRANT AND [~~PROPOSED~~] *RS*<br>ORDER TO VACATE WARRANT |

    On April 17, 2008, the Court issued a bench warrant for defendant John Bruno for failing to appear on April 10, 2008. Undersigned counsel learned today from Assistant Federal Public Defender Nicholas Humy, who represents the defendant, that the defendant has been homeless and recently contacted AFPD Humy regarding his pending criminal case. Because of the defendant's personal circumstances, the government respectfully requests that the Court vacate the bench warrant and allow the defendant to voluntarily make an appearance in court. AFPD Humy has told the defendant to appear on May 15, 2008 at 9:30 a.m. before the Honorable Judge Trumbull. If the defendant fails to appear at that time, the government will again request that a

U.S.' REQUEST TO VACATE WARRANT
CR 08-00041 RS

bench warrant be issued.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 5/9/08

/s/
SUSAN KNIGHT
Assistant United States Attorney

## ORDER

Based on the above, the Court HEREBY ORDERS the bench warrant for defendant John Bruno is vacated.

IT IS SO ORDERED.

Dated: 5-9-08

RICHARD SEEBORG
United States Magistrate Judge