JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163173)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5036
   FAX: (408) 535-5066
   jennifer.a.griffith@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00041 RS |
|       Plaintiff, ) | |
|       v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| JOHN HENRY BRUNO, ) | |
|       Defendant. ) | SAN JOSE VENUE |

     On May 15, 2008, the parties in the above-captioned case appeared before the Court for a status hearing. Assistant Federal Public Defender Nicholas P. Humy explained to the Court the history of the case, including the defendant's personal circumstances that resulted in the issuance of a bench warrant. The warrant has since been vacated. The parties then jointly requested that a change of plea hearing be scheduled before the Honorable Judge Seeborg on June 19, 2008 at 9:30 a.m. Assistant United States Attorney Susan Knight requested an exclusion of time under the Speedy Trial Act from May 15, 2008 through June 19, 2008. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective

STIPULATION AND [PROPOSED] ORDER
No. 08-00041 RS              1

1  preparation of counsel.

2  SO STIPULATED:                              JOSEPH P. RUSSONIELLO
                                               United States Attorney

4  DATED: 5/15/08                              _____/s/_____
                                               SUSAN KNIGHT
5                                              Assistant United States Attorney

6
   DATED: 5/15/08                              _____/s/_____
7                                              NICHOLAS P. HUMY
                                               Assistant Federal Public Defender

10     Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
11 under the Speedy Trial Act from May 15, 2008 to June 19, 2008. The Court finds, based on the
12 aforementioned reasons, that the ends of justice served by granting the requested continuance
13 outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant
14 the requested continuance would deny defense counsel reasonable time necessary for effective
15 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
16 of justice. The Court therefore concludes that this exclusion of time should be made under 18
17 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
18 SO ORDERED.

20 DATED:_____                         _____
                                                PATRICIA V. TRUMBULL
21                                              United States Magistrate Judge