AO 86A (Rev. 5/85) Consent to Proceed -- Misdemeanor

# United States District Court

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA
V.
__John Henry Bruno__

**FILED**

JUN 19 2008

CLERK
NORTHERN

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE IN A MISDEMEANOR CASE

CASE NUMBER: __CR 08-00041 RS__

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.

X __John Henry Bruno__
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury.

_____ Defendant

~~Consented to by United States~~ _____ Signature

_____ Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

X _____
Defendant

Approved By: _____
U.S. Magistrate

_____
Defendant's Attorney (if any)

_____
Date